**Order filed February 11, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00036-CR**

_____

**GEOFFREY SPENCER HAUER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No 5**
**Harris County, Texas**
**Trial Court Cause No. 1811027**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 6, a Scene Video and State's Exhibit 8, a 911 Audio of Christian Liamis.**

The clerk of the County Criminal Court at Law No 5 is directed to deliver to the Clerk of this court the original of State's Exhibit 6, a Scene Video and State's Exhibit 8, a 911 Audio of Christian Liamis, on or before **February 20, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 6, a Scene Video and State's Exhibit 8, a 911 Audio of Christian Liamis, to the clerk of the County Criminal Court at Law No 5.

PER CURIAM